IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 21-cv-01812-CMA-GPG

ROKE VELASCO,

 Plaintiff,

v.

JASON'S PREMIER PUMPING SERVICES, LLC,

 Defendant.

---

**ORDER ADOPTING AND AFFIRMING JANUARY 11, 2023
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

 This matter is before the Court on the January 11, 2023 Recommendation of United States Magistrate Judge (Doc. # 62), wherein Magistrate Judge Gordon P. Gallagher recommends that the parties' Joint Motion for Approval of Settlement (Doc. # 53) be granted. The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). The Court affirms and adopts the Recommendation for the following reasons.

 The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 62 at 1 n.2.) Despite this advisement, no objection to Magistrate Judge Gallagher's Recommendation has been filed.

"[T]he district court is accorded considerable discretion with respect to the treatment of unchallenged magistrate reports. In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings")).

After reviewing the Recommendation of Magistrate Judge Gallagher, in addition to applicable portions of the record and relevant legal authority, the Court is satisfied that the Recommendation is sound and not clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a). Accordingly, the Court ORDERS as follows:

The January 11, 2023 Recommendation of United States Magistrate Judge (Doc. # 62) is AFFIRMED and ADOPTED as an order of this Court. It is

FURTHER ORDERED that the parties' Joint Motion for Approval of Settlement (Doc. # 53) is GRANTED.

DATED: January 31, 2023.

                BY THE COURT:

                *[signature]*
                CHRISTINE M. ARGUELLO
                Senior United States District Judge